DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH SILKY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3384

[April 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case No. 07-1182 CF10A.

Joseph Silky, Jacksonville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuna, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***